**Order filed June 9, 2016**



## In The

# Eleventh Court of Appeals

_____

### No. 11-15-00244-CR

_____

## DUSTIN LEVI ROCK, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 19126B**

### O R D E R

Appellant's court-appointed attorney of record, Stuart Holden, has filed in this court a motion to withdraw as counsel on appeal. Counsel states that he "has been hired as an assistant District Attorney for Tom Green County" and "is closing his private practice" and that continued representation of Appellant in this case would constitute a conflict of interest. We note that this case is already at issue as both Appellant's and the State's briefs have been filed in this court. The motion complies with TEX. R. APP. P. 6.5. The motion is granted, and the appeal is abated.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court on or before June 24, 2016, a supplemental clerk's record evidencing such appointment. The appeal will be reinstated when the supplemental clerk's record is filed in this court.

PER CURIAM

June 9, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2